Opinion issued March 25, 2004 














In The
Court of Appeals
For The
First District of Texas
____________

NO. 01-04-00119-CR
____________

SONYA YVETTE ADAMS, Appellant

V.

THE STATE OF TEXAS, Appellee




On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 964923



 
MEMORANDUM OPINION
           On February 12, 2004, appellant filed a motion to dismiss the above-referenced
appeal. The motion complies with the Texas Rules of Appellate Procedure. See Tex.
R. App. P. 42.2(a).

          We have not yet issued a decision. Accordingly, the appeal is dismissed. 

          The Clerk of this Court is directed to issue the mandate immediately. Tex. R.
App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Keyes.

Do not publish. Tex. R. App. P. 47.2(b).